# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the District of Columbia

**Brandon Turner, an individual**

  Plaintiff(s),

vs.

**Richard V. Spencer, Secretary of the Navy, in his official capacity, et al**

  Defendant(s).

Attorney: Charles D. Swift

Swift & McDonald, P.S.
5924 Heron Bay Lane
McKinney TX 75070



*226171*

**Case Number: 1:18-cv-00267-TNM**

Legal documents received by Same Day Process Service, Inc. on **02/13/2018** at **12:24 PM** to be served upon **Capt Robert B. Chadwick, USN Commandant of Midshipmen, U.S. Naval Academy, in his official capacity at 720 Kennon St., SE, Bldg 36, RM 233, Washington Navy Yard, DC 20374**

I, **Jedadiah Henry**, swear and affirm that on **February 20, 2018** at **1:14 PM**, I did the following:

Served **Capt Robert B. Chadwick, USN Commandant of Midshipmen, U.S. Naval Academy, in his official capacity** by delivering a conformed copy of the **Summons in a Civil Action; Complaint** to **Renata Witcher** as **Legal Technician & Authorized Agent** of **Capt Robert B. Chadwick, USN Commandant of Midshipmen, U.S. Naval Academy, in his official capacity** at **720 Kennon St., SE, Bldg 36, RM 233 , Washington Navy Yard, DC 20374**.

**Description of Person Accepting Service:**
Sex: Female Age: 55 Height: 5ft4in-5ft8in Weight: 131-160 lbs Skin Color: African-American Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

District of Columbia: SS
Subscribed and Sworn to before me
28   February   2018

**Jedadiah Henry**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005

(202)-398-4200

Internal Job ID: **226171**